B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re   **Don Alton Mathews, II**                 ,      Case No.   **09-29811**

Debtor                          Chapter          **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 390,000.00 | | |
| B - Personal Property | Yes | 4 | 24,667.55 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 811,300.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,478,323.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 5,437.50 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,750.41 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 414,667.55 | | |
| Total Liabilities | | | | 2,289,623.53 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

| | | |
|---|---|---|
| In re | **Don Alton Mathews, II** | Case No. **09-29811** |
| | Debtor | Chapter **7** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,437.50 |
| Average Expenses (from Schedule J, Line 18) | 9,750.41 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,369.78 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 409,300.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,478,323.53 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,887,623.53 |

B6A (Official Form 6A) (12/07)

.

In re    **Don Alton Mathews, II**                                                    ,    Case No.    **09-29811**
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Home located at:**<br>**11455 South 3420 West**<br>**South Jordan, Utah 84095**<br>**(Equitable interest - property held in revocable trust)**<br>**(County tax valuation $512,900)** | **Fee simple** | **J** | **390,000.00** | **789,000.00** |

| | | | |
|---|---|---|---|
| Sub-Total > | **390,000.00** | (Total of this page) |
| Total > | **390,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re    **Don Alton Mathews, II**                                    ,    Case No.    __09-29811__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | **H** | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cyprus Credit Union Checking Account No. xx5159** | **J** | 285.26 |
| | | **1st National Bank Alaska P.O. Box 200788 Anchorage, Alaska 99520-0788 Checking Account No. xxxx8852** | **J** | 264.75 |
| | | **Chase Bank P.O. Box 260180 Baton Rouge, Louisiana 70826 Savings Account No. xxxxxxxxxx2316** | **H** | 150.54 |
| | | **Cyprus Credit Union P.O. Box 9002 West Jordan, Utah 84084 Share Deposit Account No. xx5159** | **J** | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Provisions, $400; 4 beds, $150; range, $200; microwave, $100; 2 refrigerators, $200; freeze, $100; washer/dryer, $400; sewing machine, $30, 2 rugs, $175** | **J** | 1,755.00 |
| | | **Kitchen table and chairs** | **J** | 25.00 |
| | | **3 sofas, $200; loveseat, $200; end tables, $175; 4 living room chairs, $100; 4 chests of drawers, $100; 4 televisions, $275; VCR,, $10; DVD, $50; 4 lamps, $10; china, $25; silverware, $10; cookware, $25; dishwasher, $50; vacuum cleaner, $100; computer, $100; 3 chairs/desk, $500** | **J** | 1,920.00 |
| | | **Wall unit** | **J** | 500.00 |

Sub-Total >        **4,990.55**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Don Alton Mathews, II** _____,   Case No.  __09-29811__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | J | 25.00 |
| | | **Pictures** | J | 175.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 500.00 |
| 7.  Furs and jewelry. | | **Wedding ring** | H | 150.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Air hockey** | J | 100.00 |
| | | **Sports/fishing/camping equipment** | J | 250.00 |
| | | **Camera** | J | 250.00 |
| | | **Bicycles** | J | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual Life Term life - 15445120** | H | 0.00 |
| | | **Northwestern Mutual Life Whole life - 15297020** | H | 3,427.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **RDM Construction, Inc. (50% interest)** | H | Unknown |
| | | **RDM Land & Development, LLC (50% interest)** | H | Unknown |
| | | **Don Mathews Real Estate, Inc.** | H | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >     **5,177.00**
(Total of this page)

Sheet  __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Don Alton Mathews, II**                                          ,   Case No.   **09-29811**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Equitable interest in 2008 GMC Sierra titled in wife's name** **$30,000 value subject to Chase lien for $29,000 loan** | J | 2,500.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **The MDM Alaska Trust, dated 12/7/07** | J | Unknown |
| | | **The Don Mathews Trust, dated 10/22/03** | H | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Nondischargeability claim against Julie Thompson** **Adv. Proceeding No. 09-02272 WTT** **RDM Construction, Inc. et al. v. Thompson** | H | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Terry 5th Wheel** | J | 12,000.00 |
| | | | Sub-Total > (Total of this page) | 14,500.00 |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Don Alton Mathews, II**                                    ,    Case No.    **09-29811**
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)
Total >    **24,667.55**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Don Alton Mathews, II**                                                    ,     Case No.   **09-29811**
                                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Home located at:**<br>**11455 South 3420 West**<br>**South Jordan, Utah 84095**<br>**(Equitable interest - property held in revocable trust)**<br>**(County tax valuation $512,900)** | **Utah Code Ann. § 78B-5-503(2)** | **20,000.00** | **390,000.00** |
| **Household Goods and Furnishings**<br>**Provisions, $400; 4 beds, $150; range, $200; microwave, $100; 2 refrigerators, $200; freeze, $100; washer/dryer, $400; sewing machine, $30, 2 rugs, $175** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **1,755.00** | **1,755.00** |
| **Kitchen table and chairs** | **Utah Code Ann. § 78B-5-506(1)(b)** | **25.00** | **25.00** |
| **3 sofas, $200; loveseat, $200; end tables, $175; 4 living room chairs, $100; 4 chests of drawers, $100; 4 televisions, $275; VCR,, $10; DVD, $50; 4 lamps, $10; china, $25; silverware, $10; cookware, $25; dishwasher, $50; vacuum cleaner, $100; computer, $100; 3 chairs/desk, $500** | **Utah Code Ann. § 78B-5-506(1)(a)** | **500.00** | **1,920.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Books** | **Utah Code Ann. § 78B-5-506(1)(c)** | **25.00** | **25.00** |
| **Wearing Apparel**<br>**Clothing** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **500.00** | **500.00** |
| **Furs and Jewelry**<br>**Wedding ring** | **Utah Code Ann. § 78B-5-506(1)(d)** | **500.00** | **150.00** |
| **Interests in Insurance Policies**<br>**Northwestern Mutual Life**<br>**Term life - 15445120** | **Utah Code Ann. § 78B-5-505(1)(a)(xi)** | **0.00** | **0.00** |
| **Northwestern Mutual Life**<br>**Whole life - 15297020** | **Utah Code Ann. § 78B-5-505(1)(a)(xi)** | **3,427.00** | **3,427.00** |
| **Equitable or Future Interests, Life Estates, etc.**<br>**Equitable interest in 2008 GMC Sierra titled in wife's name**<br>**$30,000 value subject to Chase lien for $29,000 loan** | **Utah Code Ann. § 78B-5-506(3)** | **2,500.00** | **2,500.00** |
| | Total: | **29,232.00** | **400,302.00** |

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Don Alton Mathews, II**                                         ,          Case No.      **09-29811**
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **165387202** <br><br> **Bank of America** <br> **P.O. Box 10222** <br> **Van Nuys, CA 91410-0222** | | H | **March 2007** <br> **First Mortgage** <br> **Home located at:** <br> **11455 South 3420 West** <br> **South Jordan, Utah 84095** <br> **(Equitable interest - property held in revocable trust)** <br> **(County tax valuation $512,900)** | | | | | |
| | | | Value $      **390,000.00** | | | | **590,000.00** | **200,000.00** |
| Account No. <br><br> **Add'l Notice for:** <br> **Bank of America** | | | **ReconTrust Company, N.A.** <br> **2380 Performance Dr.** <br> **M/S TX2-985-07-03** <br> **Richardson, TX 75082** | | | | | |
| | | | Value $ | | | | | |
| Account No. **00447050004775** <br><br> **Chase Home Finance** <br> **P.O. Box 260180** <br> **Baton Rouge, LA 70826** | | J | **May 2007** <br> **Second Mortgage** <br> **Home located at:** <br> **11455 South 3420 West** <br> **South Jordan, Utah 84095** <br> **(Equitable interest - property held in revocable trust)** <br> **(County tax valuation $512,900)** | | | | | |
| | | | Value $      **390,000.00** | | | | **199,000.00** | **199,000.00** |
| Account No. <br><br> **Add'l Notice for:** <br> **Chase Home Finance** | | | **Chase Bank USA, NA** <br> **c/o Creditors Bankruptcy Services** <br> **P.O. Box 740933** <br> **Dallas, TX 75374-0933** | | | | | |
| | | | Value $ | | | | | |

  **1**   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **789,000.00** | **399,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Don Alton Mathews, II**                                            ,    Case No. ___**09-29811**___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Add'l Notice for:** <br>**Chase Home Finance** | | | **Chase Home Finance** <br>**P.O. Box 78036** <br>**Phoenix, AZ 85036** <br><br> Value $ | | | | | |
| Account No. **502-3707698536-9001** <br><br>**Wells Fargo Bank** <br>**P.O. Box 29704** <br>**Phoenix, AZ 85038-9704** | | H | **September 2003** <br><br>**Purchase Money Security** <br><br>**2004 Terry 5th Wheel** <br><br> Value $    **12,000.00** | | | | **22,300.00** | **10,300.00** |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br>(Total of this page) | **22,300.00** | **10,300.00** |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **811,300.00** | **409,300.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re __**Don Alton Mathews, II**_____,    Case No. _____**09-29811**_____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__**0**__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Don Alton Mathews, II**                                                    , Case No.    __09-29811__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 144020393/144020633  **American West Bank** **110 South Ferral** **Spokane, WA 99202** | X | H | | | February 8, 2007 Deficiency on business debt | | | | 24,500.00 |
| Account No.  Add'l Notice for: **American West Bank** | | | | | Mona Burton Holland & Hart 60 East South Temple, Suite 2000 Salt Lake City, UT 84111-1031 | | | | |
| Account No.  **Bullett Electric, Inc.** **14679 Heritage Crest Way** **Bluffdale, UT 84065** | X | H | | | 2008 Construction dispute | | | X | 0.00 |
| Account No.  Add'l Notice for: **Bullett Electric, Inc.** | | | | | Johnson, Benjamin D. BENNETT TUELLER JOHNSON & DEERE 3165 E. Millrock Dr., Suite 500 Salt Lake City, UT 84121 | | | | |

__8__   continuation sheets attached

Subtotal
(Total of this page)    **24,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:26011-090811   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Alton Mathews, II**                                                    ,    Case No. _____**09-29811**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Byers, Wayne T.**<br>**945 East 8475 South**<br>**Sandy, UT 84094** | | H | | **2007**<br>**Construction dispute** | | | X | **0.00** |
| Account No.<br><br>**Add'l Notice for:**<br>**Byers, Wayne T.** | | | | **Hsu, Tiffany**<br>**10914 S. Ascot Parkway**<br>**Sandy, UT 84092** | | | | |
| Account No.<br><br>**C.R. Painting, Inc.**<br>**3104 W. Hayden Ridge Way**<br>**Riverton, UT 84065** | X | H | | **2008**<br>**Construction dispute** | | | X | **0.00** |
| Account No.<br><br>**Add'l Notice for:**<br>**C.R. Painting, Inc.** | | | | **Johnson, Benjamin D.**<br>**BENNETT TUELLER JOHNSON &**<br>**DEERE**<br>**3165 E. Millrock Dr., Suite 500**<br>**Salt Lake City, UT 84121** | | | | |
| Account No. **4802-1324-1965-8961**<br><br>**Capital One**<br>**P.O. Box 70886**<br>**Charlotte, NC 28272** | | H | | **February 2009**<br>**Access check** | | | | **4,761.41** |

Sheet no. __**1**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                      | **4,761.41**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Alton Mathews, II**                                                    ,   Case No.    **09-29811**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802-1324-1965-8375**<br><br>**Capital One**<br>**PO Box 60000**<br>**Seattle, WA 98190** | | H | February 2009<br>Access check | | | | 5,455.05 |
| Account No.<br><br>**Closet Technologies of Utah**<br>**1111 N. Industrial Park Dr.**<br>**Orem, UT 84057** | X | H | 09/12/08<br>Business debt | | | | 6,931.00 |
| Account No.<br><br>**Add'l Notice for:**<br>**Closet Technologies of Utah** | | | Transworld Systems, Inc.<br>Collection Agency<br>7050 So. Union Park Center, #575<br>Midvale, UT 84047 | | | | |
| Account No. **98800-6**<br><br>**Credit Union One**<br>**P.O. Box 1030**<br>**West Jordan, UT 84084** | | H | 2009<br>Deficiency on leased<br>2007 Chevrolet Silverado | | | | 12,500.00 |
| Account No.<br><br>**Add'l Notice for:**<br>**Credit Union One** | | | Dean A. Stuart<br>Bruce L. Richards & Assoc.<br>P.O. Box 25786<br>Salt Lake City, UT 84125-0786 | | | | |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,886.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Alton Mathews, II**_____,    Case No. ___**09-29811**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Eatough, David** 13713 Eglantina Dr. Herriman, UT 84096 | X | H | | **2007** **Construction lawsuit** | | | X | 0.00 |
| Account No. Add'l Notice for: **Eatough, David** | | | | **Wright, Kasey** **Hansen Wright Eddy & Haws** **233 S. Pleasant Grove Blvd., #202** **Pleasant Grove, UT 84062** | | | | |
| Account No. Add'l Notice for: **Eatough, David** | | | | **Wright, Kasey L.** **HANSEN & WRIGHT** **388 West Center St.** **Orem, UT 84057** | | | | |
| Account No. **FJP Supply** 8046 South 1460 West West Jordan, UT 84088 | X | H | | **2008** **Construction dispute** | | | X | 0.00 |
| Account No. Add'l Notice for: **FJP Supply** | | | | **Johnson, Benjamin D.** **BENNETT TUELLER JOHNSON &** **DEERE** **3165 E. Millrock Dr., Suite 500** **Salt Lake City, UT 84121** | | | | |

Sheet no. __**3**__ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Alton Mathews, II**                                    ,    Case No.    **09-29811**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9202156469** <br><br> **GEMB Lending** <br> **P.O. Box 57091** <br> **Irvine, CA 92619** | | H | **May 2006** <br> **2006 Tiffin Allegro bus** | | | | **87,842.00** |
| Account No. **024903572169** <br><br> **GMAC** <br> **P.O. Box 901009** <br> **Fort Worth, TX 76101** | | H | **2009** <br> **Deficiency** | | | | **1,454.10** |
| Account No. <br><br> **Add'l Notice for:** <br> **GMAC** | | | **CCB Credit Services** <br> **P.O. Box 272** <br> **Springfield, IL 62705** | | | | |
| Account No. <br><br> **Add'l Notice for:** <br> **GMAC** | | | **GMAC** <br> **P.O. Box 380902** <br> **Bloomington, MN 55438** | | | | |
| Account No. <br><br> **Hot Homes of Utah** <br> **404 North 300 West** <br> **Salt Lake City, UT 84103** | X | H | **July 2007** <br> **Business guaranty** | | | | **18,513.00** |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**107,809.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Alton Mathews, II**
                                                                    ,   Case No.   **09-29811**
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Add'l Notice for:**<br>**Hot Homes of Utah** | | | **Mark, William A.**<br>**Johnson Riddle & Mark**<br>**11778 S. Election Dr., #240**<br>**Draper, UT 84020** | | | | |
| Account No. **5466-4103-0583-5131**<br><br>**HSBC**<br>**P.O. Box 5259**<br>**Carol Stream, IL 60197** | | H | **February 2009**<br>**Consolidation loan** | | | | **15,517.42** |
| Account No.<br><br>**Add'l Notice for:**<br>**HSBC** | | | **HSBC Retail Services**<br>**Bankruptcy Dept.**<br>**P.O. Box 5263**<br>**Carol Stream, IL 60197-5263** | | | | |
| Account No.<br><br>**Add'l Notice for:**<br>**HSBC** | | | **United Recovery Systems**<br>**P.O. Box 722929**<br>**Houston, TX 77272-2929** | | | | |
| Account No. **D020048539**<br><br>**Nelnet, Inc.**<br>**P.O. Box 2970**<br>**Omaha, NE 68103** | | H | **1997**<br>**Student loans** | | | | **15,000.00** |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,517.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Alton Mathews, II**                                    ,    Case No. ___**09-29811**___
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Parker Thomas Flooring, LLC**<br>**13266 South 5600 West**<br>**Herriman, UT 84096** | X | H | **2008**<br>**Construction dispute** | | | X | 0.00 |
| Account No. <br><br>**Add'l Notice for:**<br>**Parker Thomas Flooring, LLC** | | | Johnson, Benjamin D.<br>BENNETT TUELLER JOHNSON & DEERE<br>3165 E. Millrock Dr., Suite 500<br>Salt Lake City, UT 84121 | | | | |
| Account No. **646331/1.73856.1** <br><br>**Riverton City**<br>**12830 South 1700 West**<br>**P.O. Box 429**<br>**Riverton, UT 84065** | | H | **2008**<br>**Utility services** | | | | 849.55 |
| Account No. <br><br>**Add'l Notice for:**<br>**Riverton City** | | | Mountain Land Collections<br>P.O. Box 1280<br>American Fork, UT 84003 | | | | |
| Account No. <br><br>**Scarbrough Construction Corporation**<br>**2064 East Graystone Lane**<br>**Draper, UT 84020** | X | H | **2008**<br>**Construction dispute** | | | X | 0.00 |

Sheet no. __**6**___ of __**8**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

849.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Alton Mathews, II**                                          ,      Case No. ___**09-29811**___
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Add'l Notice for:**<br>**Scarbrough Construction Corporation** | | | | **Johnson, Benjamin D.**<br>**BENNETT TUELLER JOHNSON &**<br>**DEERE**<br>**3165 E. Millrock Dr., Suite 500**<br>**Salt Lake City, UT 84121** | | | | |
| Account No.<br><br>**Syrett, Jon and Heather**<br>**2382 West Stonehaven Loop**<br>**Lehi, UT 84043** | X | H | | **2007**<br>**Construction lawsuit** | | | X | 0.00 |
| Account No.<br><br>**Add'l Notice for:**<br>**Syrett, Jon and Heather** | | | | **Sipos, Victor**<br>**Utah Litigation Ctr.**<br>**10421 South Jordan Gateway, #600**<br>**South Jordan, UT 84095** | | | | |
| Account No.<br><br>**TG Bullett Audio & Video, LLC**<br>**14679 Heritage Crest Way**<br>**Riverton, UT 84065** | | H | | | | | | 0.00 |
| Account No.<br><br>**Add'l Notice for:**<br>**TG Bullett Audio & Video, LLC** | | | | **Johnson, Benjamin D.**<br>**BENNETT TUELLER JOHNSON &**<br>**DEERE**<br>**3165 E. Millrock Dr., Suite 500**<br>**Salt Lake City, UT 84121** | | | | |

Sheet no. __**7**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Don Alton Mathews, II_____,    Case No. ___09-29811_____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3014717916  Washington Mutual P.O. Box 78148 Phoenix, AZ 85062-8148 | | H | | 2007 Deficiency following short sale: 13084 So. Riverbend View Cove, Riverton, Utah 84065 | | | | 1,000,000.00 |
| Account No.  Add'l Notice for: Washington Mutual | | | | Marlon L. Bates Scalley Reading Bates Hansen & Rasmussen 15 W. South Temple, Ste 600 Salt Lake City, UT 84101 | | | | |
| Account No. 650 7846579 1998  Wells Fargo P.O. Box 4233 Portland, OR 97208-4233 | | H | | 2007 Deficiency following short sale: 13084 So. Riverbend View Cove, Riverton, Utah 84065 | | | | 285,000.00 |
| Account No.  Willden, Michael P. 5269 West 10800 North Highland, UT 84003 | | H | | 2007 Construction dispute | | | X | 0.00 |
| Account No.  Add'l Notice for: Willden, Michael P. | | | | Huber, Michael E. 8170 S. Highland Dr., #E5 Sandy, UT 84093 | | | | |

| | | |
|---|---|---|
| Sheet no. __8___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,285,000.00 |
| | Total (Report on Summary of Schedules) | 1,478,323.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Don Alton Mathews, II**                                              ,    Case No.    __09-29811__
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Credit Union One**<br>**P.O. Box 1030**<br>**West Jordan, UT 84084** | **2007 Chevrolet Silverado**<br>**Reject** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Don Alton Mathews, II**                                 ,    Case No.   **09-29811**

                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michelle Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **Bullett Electric, Inc.**<br>**14679 Heritage Crest Way**<br>**Bluffdale, UT 84065** |
| **Michelle Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **C.R. Painting, Inc.**<br>**3104 W. Hayden Ridge Way**<br>**Riverton, UT 84065** |
| **Michelle Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **FJP Supply**<br>**8046 South 1460 West**<br>**West Jordan, UT 84088** |
| **Michelle Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **Parker Thomas Flooring, LLC**<br>**13266 South 5600 West**<br>**Herriman, UT 84096** |
| **Michelle Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **Scarbrough Construction Corporation**<br>**2064 East Graystone Lane**<br>**Draper, UT 84020** |
| **RDM Construction**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Closet Technologies of Utah**<br>**1111 N. Industrial Park Dr.**<br>**Orem, UT 84057** |
| **RDM Construction**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Syrett, Jon and Heather**<br>**2382 West Stonehaven Loop**<br>**Lehi, UT 84043** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **American West Bank**<br>**110 South Ferral**<br>**Spokane, WA 99202** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Bullett Electric, Inc.**<br>**14679 Heritage Crest Way**<br>**Bluffdale, UT 84065** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **C.R. Painting, Inc.**<br>**3104 W. Hayden Ridge Way**<br>**Riverton, UT 84065** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Eatough, David**<br>**13713 Eglantina Dr.**<br>**Herriman, UT 84096** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **FJP Supply**<br>**8046 South 1460 West**<br>**West Jordan, UT 84088** |

1

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Don Alton Mathews, II**                                    Case No. __**09-29811**__
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Parker Thomas Flooring, LLC**<br>**13266 South 5600 West**<br>**Herriman, UT 84096** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Scarbrough Construction Corporation**<br>**2064 East Graystone Lane**<br>**Draper, UT 84020** |
| **RDM Construction, Inc.**<br>**5526 West 13400 South, #206**<br>**Herriman, UT 84096-6919** | **Hot Homes of Utah**<br>**404 North 300 West**<br>**Salt Lake City, UT 84103** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **American West Bank**<br>**110 South Ferral**<br>**Spokane, WA 99202** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **Bullett Electric, Inc.**<br>**14679 Heritage Crest Way**<br>**Bluffdale, UT 84065** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **C.R. Painting, Inc.**<br>**3104 W. Hayden Ridge Way**<br>**Riverton, UT 84065** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **Eatough, David**<br>**13713 Eglantina Dr.**<br>**Herriman, UT 84096** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **FJP Supply**<br>**8046 South 1460 West**<br>**West Jordan, UT 84088** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **Parker Thomas Flooring, LLC**<br>**13266 South 5600 West**<br>**Herriman, UT 84096** |
| **Rob Mathews**<br>**15333 So. Mountain Side Dr.**<br>**Riverton, UT 84065** | **Scarbrough Construction Corporation**<br>**2064 East Graystone Lane**<br>**Draper, UT 84020** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Don Alton Mathews, II**                                              Case No.   **09-29811**
_____                          _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**16**<br>**19**<br>**2**<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Supervisor** | **Not employed** |
| Name of Employer | **True Form Construction** | |
| How long employed | **7 months** | |
| Address of Employer | **5526 West 13400 South, #220**<br>**Riverton, UT 84065** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $  **5,437.50** | $  **0.00** |
| 2. Estimate monthly overtime | $  **0.00** | $  **0.00** |
| 3. SUBTOTAL | $  **5,437.50** | $  **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $  **0.00** | $  **0.00** |
|     b. Insurance | $  **0.00** | $  **0.00** |
|     c. Union dues | $  **0.00** | $  **0.00** |
|     d. Other (Specify): | $  **0.00** | $  **0.00** |
| | $  **0.00** | $  **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $  **0.00** | $  **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  **5,437.50** | $  **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $  **0.00** | $  **0.00** |
| 8. Income from real property | $  **0.00** | $  **0.00** |
| 9. Interest and dividends | $  **0.00** | $  **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $  **0.00** | $  **0.00** |
| 11. Social security or government assistance<br>(Specify): | $  **0.00** | $  **0.00** |
| | $  **0.00** | $  **0.00** |
| 12. Pension or retirement income | $  **0.00** | $  **0.00** |
| 13. Other monthly income<br>(Specify): | $  **0.00** | $  **0.00** |
| | $  **0.00** | $  **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $  **0.00** | $  **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $  **5,437.50** | $  **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $  **5,437.50** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Don Alton Mathews, II**                                                 Case No.   **09-29811**
                                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,322.41 |
| a. Are real estate taxes included?     Yes **X**     No ___ | | |
| b. Is property insurance included?     Yes **X**     No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 400.00 |
|                b. Water and sewer | $ | 200.00 |
|                c. Telephone | $ | 150.00 |
|                d. Other   **Cell phone** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 86.00 |
|                b. Life | $ | 196.00 |
|                c. Health | $ | 312.00 |
|                d. Auto | $ | 350.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **Income tax** | $ | 270.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 0.00 |
|                b. Other   **Spouse's auto payment** | $ | 1,034.00 |
|                c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,750.41 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,437.50 |
| b.   Average monthly expenses from Line 18 above | $ | 9,750.41 |
| c.   Monthly net income (a. minus b.) | $ | -4,312.91 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re __Don Alton Mathews, II__      Case No. __09-29811__

Debtor(s)      Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __September 21, 2009__      Signature __/s/ Don Alton Mathews, II__

                                                  **Don Alton Mathews, II**

                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Don Alton Mathews, II**                                          Case No.    **09-29811**

                                          Debtor(s)                   Chapter        **7**

## STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$43,500.00** | **2009 YTD:  True Form Construction** |
| **$3,000.00** | **2008:  RDM Construction, Inc.** |
| **$102,994.00** | **2007:  RDM Construction, Inc. ($12,000 wages)** |
| | **Don Mathews Real Estate ($90,994 business income)** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |
|---|---|
| AMOUNT | SOURCE |

### 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo** **P.O. Box 29704** **Phoenix, AZ 85038** | **7/3/09 - $253.17** **8/3/09 - $253.17** **9/3/09 - $253.17** | **$759.51** | **$22,300.00** |
| **Chase Auto** | **Monthly** | **$514.00** | **$29,000.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Far West Bank** **Division of American West** **Bank, Plaintiff** **vs.** **Don A. Matthews, Defendant** | **Collection** | **Third Judicial District Court** **State of Utah** **Salt Lake Department** | **Confession of Judgment** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David Eatough, Plaintiff vs. RDM Construction; Rob Matthews; Don Mathews, et al., Defendants Case No. 070913618** | **Collection** | **Third Judicial District Court Salt Lake County Salt Lake City Dept. State of Utah** | **Pending** |
| **Jon Syrett and Heather Syrett, Plaintiffs vs. Don A Matthews; RDM Construction, Inc.; et al., Defendants Case No. 070416486** | **Collection** | **Third Judicial District Court State of Utah Salt Lake County West Jordan Department** | **Settled June 2009** |
| **FJP Supply, Inc., Plaintiff vs. Robert D. Mathews, Don A. Mathews, et al, Defendants Case No. 090900750** | **Collection** | **Third Judicial District Court Salt Lake County State of Utah** | **Pending** |
| **Bullett Electric, Inc. and TG Bullett Audio &I Video, LLC vs. Mathews et al. Case No. 080926703** | **Collection** | **Third Judicial District Court State of Utah Salt Lake Department** | **Settlement pending** |
| **RDM Construction, Inc. vs. Byers et al. Case No. 080907849** | | **Third Judicial District Court State of Utah Salt Lake Department** | **Dismissed 6/24/09** |
| **C.R. Painting, Inc. vs. RDM Construction, Inc. et al. Case No. 080920713** | **Collection** | **Third Judicial District Court State of Utah Salt Lake Department** | **Pending** |
| **Hot Homes vs. Don Mathews Case No. 090406210** | **Collection** | | **Dismissed without prejudice 4/8/09** |
| **Parker Thomas Flooring, LLC vs. Mathews et al. Case No. 090900598** | **Collection** | **Third Judicial District Court State of Utah Salt Lake Department** | **Pending** |
| **Scarbrough Construction Corp vs. Mathews et al. Case No. 090900657** | **Collection** | **Third Judicial District Court State of Utah Salt Lake Department** | **Pending** |
| **Cyprus Federal Credit Union vs. Willden vs. Mathews et al. Case No. 070914381** | **Collection** | **Third Judicial District Court State of Utah Salt Lake Department** | **Pending** |
| **RDM Construction, Inc. et al. vs. Thompson Case No. 09-02272 WTT** | **Nondischargeablity claim** | **United States Bankruptcy Court District of Utah** | **Pending** |
| **Michael Maynard vs. Don A. Mathews, et al. Case No. 070409220** | **Collection** | **Third District Court West Jordan Department** | **Dismissed without prejudice 10/23/09** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Credit Union One**<br>**P.O. Box 1030**<br>**West Jordan, UT 84084** | **March 15, 2009** | **2007 Chevrolet Silverado - leased** |
| **GEMB**<br>**P.O. Box 57091**<br>**Irvine, CA 92619** | **March 26, 2009** | **2006 Tiffin Allegro motorhome**<br>**$87,842 deficiency** |

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **LDS Church** | **None** | **$20.00 Monthly** | **$240.00** |

5

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McKay, Burton & Thurman**<br>**170 South Main Street, Suite 800**<br>**Salt Lake City, UT 84101** | **December 15, 2008**<br>**September 9, 2009** | **$ 555.00**<br>**$2,000.00** |
| **Black Hills Children's Ranch, Inc.**<br>**1644 Concourse Dr.**<br>**Rapid City, SD 57703** | **September 8, 2009** | **$ 35.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cody Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095**<br>  Son | **May 12, 2009** | **2002 Honda Civic**<br>**$4,000** |
| **Brian Hansen**<br>**15117 South 2700 West**<br>**Riverton, UT 84065** | **March 26, 2009** | **2004 Yamaha 450**<br>**2006 Suzuki 400**<br>**2004 Yamaha 660**<br>**$4,000** |
| **Carmax**<br>**11213 So. South Jordan Parkway**<br>**South Jordan, UT** | **May 27, 2008** | **2007 Sabaru Impreza**<br>**$25,500.00** |
| **Jerry Seiner**<br>**10487 So. Jordan Gateway**<br>**South Jordan, UT** | **April 2009** | **2004 Honda Accord traded in on 2008 GMC Sierra - $9,000 trade in allowance** |
| **Matthew Arnold** | **August 10, 2009** | **Short sale of 13084 So. Riverbend View Cove Riverton, Utah 84065** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

6

None
☐
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **The MDM Alaska Trust** | **2008** | **2004 Honda Accord** <br> **2002 Honda Civic** <br> **Home at 11455 South 3420 West** <br> **South Jordan, Utah** |

### 11.  Closed financial accounts

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Cyprus Credit Union** <br> **P.O. Box 9002** <br> **Clearfield, UT 84089** | **Checking Account No. xx4948** | **$0** <br> **April 28, 2009** |
| **Cyprus Credit Union** <br> **P.O. Box 9002** <br> **Clearfield, UT 84089** | **Checking Account No. x2763** | **$4,840.83** <br> **April 27, 2009** |

### 12.  Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Robert and Amy Mathews** <br> **15533 So. Mountainside Dr.** <br> **Riverton, UT 84065** | **Piano - $2,000** <br> **Pool table - $2,000** | **11455 South 3420 West** <br> **South Jordan, Utah** |

7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Sterling Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **Savings - $877.09** | **Cyprus Credit Union** |
| **Cody Mathews**<br>**11455 South 3420 West**<br>**South Jordan, UT 84095** | **Savings - $63.74** | **Cyprus Credit Union** |
| **Melissa Mathews**<br>**11455 South 3420**<br>**South Jordan, UT 84095** | **Savings - $25.04** | **Cyprus Credit Union** |

**15.  Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **RDM Construction, Inc.** | 87-0560541 | **5526 West 13400 South, #206 Herriman, UT 84065** | **Construction** | **7/17/96 to 8/24/09** |
| **RDM Land and Development, LLC** | 20-4464279 | **11455 South 3420 West South Jordan, UT 84095** | **Land sales** | **3/9/06 to present** |
| **The MDM Alaska Trust** | 26-6186119 | **11455 South 3420 West South Jordan, UT 84095** | **Trust** | **12/07/07** |
| **Don Mathews Real Estate, Inc.** | | **11455 South 3420 West South Jordan, UT 84095** | **Real estate sales** | |
| **Hardline Footing & Foundations** | **(dba of RDM Construction)** | | **Construction** | **2005-2006** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                               ADDRESS

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 21, 2009**                                   Signature     **/s/ Don Alton Mathews, II**
                                                                             **Don Alton Mathews, II**
                                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*